

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY CONNER, Individually and as the representative of a class of similarly situated persons,

Plaintiff,

v.

DOONEY & BOURKE, INC.,

Defendant.

1:18-cv-4708

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Mary Conner and Defendant Dooney & Bourke, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: September 7, 2018

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Douglas T. Schwarz
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6890
Email: douglas.schwarz@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: 10-12, 2018

_____
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/18